```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  PAULA BELL,                                               :
                                    Plaintiff,              :
                                                            :       19 Civ. 8153 (LGS)
                -against-                                   :
                                                            :              ORDER
  SL GREEN REALTY CORP.,                                    :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference is scheduled for April 23, 2020, 10:50 a.m.;

WHEREAS, the parties were required to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference, in accordance with Order dated November 5, 2019, and the parties failed to file the joint letter or proposed case management plan.  It is hereby

**ORDERED** that, if Defendants SL Green Realty Corp. and Union Local 32BJ are able to coordinate with pro se Plaintiff, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **April 21, 2020, at 3:00 p.m**.  If Defendants are unable to coordinate with pro se Plaintiff, Defendants shall nevertheless file these materials by **April 21, 2020, at 3:00 p.m**.  It is further

**ORDERED** that, by **April 21, 2020**, Defendants SL Green Realty Corp. and Union Local 32BJ shall either (i) email if possible and mail a copy of this Order to pro se Plaintiff and file proof of service on the docket or (ii) file a letter stating that they are unable to do so and why, in which case the Court will seek to make other arrangements.

Dated: April 17, 2020
       New York, New York

_____
         LORNA G. SCHOFIELD
      **UNITED STATES DISTRICT JUDGE**