UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAULA BELL,
                             Plaintiff,

                               19 Civ. 8153 (LGS)
       -against-

                               ORDER
SL GREEN REALTY CORP.,
                            Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby ORDERED that the initial pretrial conference scheduled for **May 7, 2020, at 10:50 a.m.** will be held at **11:00 a.m**. The conference will be telephonic and will occur on the following conference call line: Dial-in: 888-363-4749 Access code: 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed by that time. As stated in the Order at Dkt. No. 28, this conference will discuss any proposed motions and service issues. By **May 6, 2020**, Defendants SL Green Realty Corp. and Union Local 32BJ shall email a copy of this Order to pro se Plaintiff and file proof of service on the docket.

Dated: May 5, 2020
       New York, New York

                                                     LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE