UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
PAULA BELL,                                                 :
                                      Plaintiff,     :
                                                            :      19 Civ. 8153 (LGS)
              -against-                              :
                                                            :      ORDER
SL GREEN REALTY CORP., et al.,                              :
                                   Defendants.    :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the initial pretrial conference was held on May 7, 2020. For the reasons stated at the conference, it is hereby

       **ORDERED** that pro se Plaintiff shall file an Amended Complaint by **May 29, 2020**. The Amended Complaint should include further detail on the alleged discrimination. Additionally, the U.S. Marshals were unable to serve Defendant First Quality Maintenance at the address provided in the initial Complaint. If pro se Plaintiff is aware of a different address to attempt service on Defendant First Quality Maintenance, pro se Plaintiff shall provide that address in the Amended Complaint.

       Pro se Plaintiff is advised that, in light of the current global health crisis, parties proceeding pro se are encouraged to submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. Instructions for filing by email are located at https://nysd.uscourts.gov/forms/instructions-filingdocuments-email. Pro se parties also are encouraged to consent to receive all court documents electronically. A consent to electronic service form is available on the Court's website. Pro se parties who are unable to use email may submit documents by regular mail or in person at a drop box at one of the designated courthouse locations in Manhattan (500 Pearl Street) or White Plains (300 Quarropas Street). For more

information, including instructions on this new email service for pro se parties, please visit the Court's website at nysd.uscourts.gov.  It is further

**ORDERED** that Defendant SL Green Realty Corp. and Defendant Union Local 32BJ are granted leave to file their motions to dismiss according to a briefing schedule that will be entered after the Amended Complaint is filed.  Discovery is stayed until resolution of the motions to dismiss.  It is further

**ORDERED** that, by **May 11, 2020**, Defendants SL Green Realty Corp. and Union Local 32BJ shall email a copy of this Order to pro se Plaintiff and file proof of service on the docket.

Dated: May 8, 2020
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**