```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  PAULA BELL,                                               :
                                      Plaintiff,            :
                                                            :   19 Civ. 8153 (LGS)
                  -against-                                 :
                                                            :   ORDER
  SL GREEN REALTY CORP., et al.,                            :
                                      Defendants.           :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Orders at Dkt. Nos. 46 and 54, *pro se* Plaintiff was directed to file a letter by July 6, 2020, explaining whether she would like to continue to litigate this case against Defendant First Quality Maintenance, which the U.S. Marshals were unable to serve at the address provided by Plaintiff (Dkt. No. 21). The Orders stated that if no letter is timely filed, Defendant First Quality Maintenance would be dismissed from the case for failure to prosecute. It is hereby

**ORDERED** that the instant action is dismissed **as to Defendant First Quality Maintenance** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Plaintiff and to terminate Defendant First Quality Maintenance from this action.

Dated: July 21, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**