```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
  PAULA BELL,                                                :
                                      Plaintiff,             :
                                                             :    19 Civ. 8153 (LGS)
                  -against-                                  :
                                                             :    ORDER
  SL GREEN REALTY CORP., et al.,                             :
                                      Defendants.            :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by the Opinion and Order dated February 11, 2021, Defendant Union Local 32BJ's motion to dismiss was granted and Defendant SL Green Realty Corp.'s ("SL Green") motion to dismiss was granted in part and denied and part. All claims were dismissed except the § 1981 race discrimination claim against Defendant SL Green.

WHEREAS, *pro se* Plaintiff was afforded an opportunity to file a letter by March 8, 2021, seeking leave to replead the dismissed claims. Plaintiff was advised that if she did not timely file any letter, Defendant Union would be dismissed. No letter has been filed. It is hereby

**ORDERED** that the instant action is dismissed **as to Defendant Union Local 32BJ** for the reasons stated in the February 11, 2021, Opinion and Order. It is further

**ORDERED** that by **April 2, 2021**, Defendant SL Green and Plaintiff shall jointly file a proposed case management plan for discovery on the remaining claim and shall state whether they would like a second referral to the Court-annexed mediation program.

The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Plaintiff and to enter judgment in favor of Defendant Union Local 32BJ only.

Dated: March 22, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE