UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAULA BELL,

                         Plaintiff,

    -against-

SL GREEN REALTY CORP.,

                        Defendant.

19cv08153 (LGS) (DF)

**SCHEDULING ORDER**

---

**DEBRA FREEMAN, United States Magistrate Judge:**

      This Court having held a telephonic case management conference on July 16, 2021, with plaintiff Paula Bell ("Plaintiff"), who is proceeding *pro se,* and counsel for defendant SL Green Realty Corp. ("Defendant"); and this Court having addressed, at that conference, the discovery issues raised by Defendant in a letter motion dated July 2, 2021 (Dkt. 80) (which had sought a pre-motion conference regarding a potential motion to compel discovery); and this Court having also made rulings on the record of that conference, with respect to discovery deadlines; and this Court having then received a letter on August 10, 2021 (Dkt. 84), requesting clarification of the effect of this Court's rulings on certain dates contained in the Civil Case Management Plan and Scheduling Order, dated April 5, 2021 (the "4/5/21 Order") (Dkt. 77); it is hereby ORDERED as follows:

      1.    At the July 2, 2021 conference, this Court directed Plaintiff to respond to Defendant's outstanding document request and interrogatories no later than July 30, 2021. If Plaintiff has not done so, or if any issues regarding those responses remain after full, good-faith conference between the parties, Defendant may file a motion to compel.

      2.    The deadline for the completion of fact discovery is extended to September 30, 2021.

3. The dates set forth in paragraph 13 of the 4/5/21 Order are modified as follows:

    a. The joint status letter required by paragraph 13(a) shall be filed no later than August 31, 2021. This status letter should inform the Court of the progress of discovery and the potential for settlement of the action.

    b. The post-discovery joint status letter required by paragraph 13(b) shall be filed no later than October 13, 2021.

    c. The telephonic pre-motion conference required by paragraph 13(c) will be held before the Honorable Lorna G. Schofield, U.S.D.J., on <u>October 21, 2021, at 10:50 a.m.</u> For that call, the parties should use the call-in number and access code set out in the 4/5/21 Order.

4. In light of the rulings herein, the Clerk of Court is directed to close the motion filed at Dkt. 80. The Clerk of Court is also directed to mail a copy of this Order to Plaintiff, at the address reflected on the Docket and shown below, and to mail to Plaintiff a copy of the attached instructions regarding how Plaintiff may register to receive court filings electronically.

Dated: New York, New York
      August 12, 2021

                                    SO ORDERED

                                      DEBRA FREEMAN
                                    United States Magistrate Judge

<u>Copies to:</u>

Ms. Paula Bell
99-0558th Ave.
Apt. 3J
Corona, NY 1136

Defendant's counsel (via ECF)

United States District Court
Southern District of New York
*Pro Se Office*

# Pro Se (Nonprisoner) Consent & Registration Form to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;
2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail. Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;
2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;
3. This service does *not* allow you to electronically file your documents;
4. It will be your duty to regularly review the docket sheet of the case.[2]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.



**United States District Court**
**Southern District of New York**
*Pro Se Office*

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____
Name (Last, First, MI)

| | | | |
|---|---|---|---|
| Address | City | State | Zip Code |

| | |
|---|---|
| Telephone Number | E-mail Address |

| | |
|---|---|
| Date | Signature |

**Return completed form to:**

Pro Se Office (Room 200)
500 Pearl Street
New York, NY 10007