UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                          :

PAULA BELL,                            :

                      Plaintiff,    :

                                  :          19 Civ. 8153 (LGS)

-against-                         :

                                  :             ORDER

SL GREEN REALTY CORP.,        :

                    Defendant.    :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held on December 9, 2021, to discuss Defendant's anticipated motion for summary judgment.  It is hereby

      **ORDERED** that by **December 16, 2021**, Defendant shall file a letter stating whether it is willing to participate in settlement discussions with a mediator or Judge Freeman.  It is further

      **ORDERED** that by **January 20, 2022,** Defendant shall file a motion for summary judgment and supporting memorandum of law.  It is further

      **ORDERED** by **February 10, 2022,** Plaintiff shall file her response to Defendant's motion for summary judgment, if any, and file signed and notarized witness statements in support of her claims.  Plaintiff is advised that if the statements are translations from Spanish, the translator should submit a notarized statement that the translation is true and accurate.  It is further

      **ORDERED** that by **February 18, 2022**, Defendant shall file its reply in support of the motion for summary judgment.

Dated: December 9, 2021
      New York, New York

                                      **LORNA G. SCHOFIELD**
                           **UNITED STATES DISTRICT JUDGE**