UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAULA BELL,                                         :
                              Plaintiff,    :
                                            :  19 Civ. 8153 (LGS)
          -against-                          :
                                            :  <u>ORDER</u>
SL GREEN REALTY CORP., et al.,           :
                          Defendants,  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated December 9, 2021, ordered the pro se Plaintiff to file signed and notarized witness statements in support of her claims and any response to Defendant's motion for summary judgment by February 10, 2022;

      WHEREAS, no witness statements or response to Defendant's motion for summary judgment were filed. It is hereby

      **ORDERED** that, Plaintiff's time to file the witness statements and any response to the motion is extended to February 25, 2022. Plaintiff is warned that failure to do so is likely to result in dismissal of her case.

      The Clerk of Court is respectfully directed to send a copy of this order to the pro se Plaintiff.

Dated: February 16, 2022
       New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE