Case 1:19-cv-08153-LGS   Document 129   Filed 02/28/22   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAULA BELL,  :
                      Plaintiff,  :
                            :        19 Civ. 8153 (LGS)
      -against-  :
                               :        <u>ORDER</u>
SL GREEN REALTY CORP.,  :
                   Defendant,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated December 9, 2021, required pro se Plaintiff to file signed and notarized witness statements in support of her claims and any response to Defendant's motion for summary judgment by February 10, 2022;

    WHEREAS, the Court extended the deadline to file the witness statements and any response to the motion to February 25, 2022;

    WHEREAS, on February 24, 2022, Plaintiff has filed the witness statements, but only the witness statement signed by Jeremy Laboriel was notarized;

    WHEREAS, on February 24, 2022, Plaintiff requested an extension on the deadline to file a response to the motion for summary judgment.  It is hereby

    **ORDERED** that by March 25, 2022, Plaintiff shall re-file the witness statements that was not notarized with the following phrase at the top of the letter:

    "I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on [DATE].

    [SIGNATURE OF THE WITNESS]".

In order for the Court to consider the witness testimony as admissible evidence, each witness statement bearing the witness's signature must either be notarized or include the above phrase as

described in 28 U.S.C. § 1746.  It is further

      **ORDERED** that Plaintiff's deadline to respond to Defendant's motion for summary judgment is extended to March 25, 2022.  Plaintiff shall file any reply by April 4, 2022.

Dated: February 22, 2022
      New York, New York

                                                              LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE