```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAULA BELL,                                    :
                           Plaintiff,          :
                                               :           19 Civ. 8153 (LGS)
           -against-                           :
                                               :           ORDER
SL GREEN REALTY CORP.,                         :
                           Defendant,          :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, the Order dated December 9, 2021, required Plaintiff, who is proceeding pro se, to file signed and notarized witness statements in support of her claims and any response to Defendant's motion for summary judgment by February 10, 2022;

  WHEREAS, the Court extended the deadline to file the witness statements and any response to the motion to February 25, 2022;

  WHEREAS, on February 24, 2022, Plaintiff has filed the witness statements, but only the witness statement signed by Jeremy Laboriel was notarized;

  WHEREAS, on February 24, 2022, Plaintiff requested an extension on the deadline to file a response to the motion for summary judgment;

  WHEREAS, on February 28, 2022, the Court ordered Plaintiff to re-file the witness statements that was not notarized with the following phrase at the top of the letter:

  "I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on [DATE].

  [SIGNATURE OF THE WITNESS]".

The Court advised Plaintiff that each witness statement bearing the witness's signature must either be notarized or include the above phrase as described in 28 U.S.C. § 1746;

WHEREAS, Plaintiff's deadline to respond to Defendant's motion for summary judgment was extended to March 25, 2022;

WHEREAS, Plaintiff did not respond to Defendant's motion for summary judgment or re-file the witness statements.  It is hereby

**ORDERED** that Plaintiff's deadline to respond to Defendant's motion for summary judgment and to re-file the witness statements is extended to April 29, 2022.  Plaintiff is again advised to re-file the witness statements that was not notarized with the following phrase at the top of the letter:

> "I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on [DATE].
>
> [SIGNATURE OF THE WITNESS]".

Plaintiff is advised that no further extensions will be granted.  The motion will be considered fully briefed on April 29, 2022.  It is further

**ORDERED** that, by April 29, 2022, Defendant shall file a supplemental brief addressing Plaintiff's allegation of hostile work environment based on sexual harassment.

Dated: April 11, 2022
New York, New York

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**