UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
PAULA BELL,                                       :
                            Plaintiff,            :
                                                  :          19 Civ. 8153 (LGS)
               -against-                          :
                                                  :               ORDER
SL GREEN REALTY CORP., et al.,                    :
                            Defendants,  :
---------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, a case management conference is scheduled for August 3, 2022.  It is hereby

        **ORDERED** that the August 3, 2022, conference is **RESCHEDULED** to August 10,

2022, at 4:00 P.M.  The parties shall call 888-363-4749 and enter the access code 558-3333.  It is

further

        **ORDERED** that, by August 2, 2022, Defendants shall inform the pro se Plaintiff about

the rescheduled conference.

        The Clerk of Court is directed to file a copy of this order to the pro se Plaintiff.

Dated: August 1, 2022
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**