UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAULA BELL,                                       :
                     Plaintiff,       :
                                       :    19 Civ. 8153 (LGS)
    -against-                                :
                                       :    <u>ORDER</u>
SL GREEN REALTY CORP., et al.,                    :
                   Defendants,  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a case management conference is scheduled for August 10, 2022.  It is hereby

      **ORDERED** that the August 10, 2022, conference is **RESCHEDULED** to **August 17, 2022, at 4:20 P.M.**  The parties shall call 888-363-4749 and enter the access code 558-3333.  It is further

      **ORDERED** that, by August 8, 2022, Defendants shall inform the pro se Plaintiff about the rescheduled conference.

      The Clerk of Court is directed to mail a copy of this order to the pro se Plaintiff.

Dated: August 5, 2022
       New York, New York

                                                        **LORNA G. SCHOFIELD**
                                                 **UNITED STATES DISTRICT JUDGE**