UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PAULA BELL

                              Plaintiff,                             **19-CV-08153 (LGS)**

      -against-                                                **ORDER**

SL GREEN REALTY CORP., et al.,

                              Defendants.

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       On August 26, 2022, this case was referred to me for settlement (see ECF No. 142). The parties are directed to file a joint letter no later than **Tuesday, September 13, 2022,** providing the Court an update on the status of any settlement discussions thus far and whether the parties would like to schedule a settlement conference at this time.

**SO ORDERED.**

DATED:      New York, New York
                 August 29, 2022

                                                        _____
                                                        VALERIE FIGUEREDO
                                                       United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2022